# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 38928 (f rev)**

———————————

**UNITED STATES**
*Appellee*

v.

**Tefera M. WORKNEH**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

———————————

*Upon further review*

Decided 18 May 2017

———————————

*Military Judge:* Brendon K. Tukey (arraignment); Joseph S. Imburgia (trial).

*Approved sentence:* Dishonorable discharge, confinement for 6 years, forfeiture of all pay and allowances, and reduction to E-1. Sentence adjudged 29 September 2015 by GCM convened at Travis Air Force Base, California.

*For Appellant:* Kirk Sripinyo, Esquire (argued); Major Michael A. Schrama, USAF; Captain Patrick L. Clary, USAF.

*For Appellee:* Captain Tyler B. Musselman, USAF (argued); Colonel Katherine E. Oler, USAF; Gerald R. Bruce, Esquire; Morgan L. Herrell (civilian intern).[1]

Before MAYBERRY, HARDING, and C. BROWN, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

---

[1] Ms. Herrell was a law student extern with the Air Force Legal Operations Agency and was at all times supervised by attorneys admitted to practice before this court.

PER CURIAM:

This case is back before our court for further review because the original convening authority's action contained errors. *United States v. Workneh*, ACM No. 38928, 2017 CCA LEXIS 219, at \*10 (A.F. Ct. Crim. App. 24 Mar. 2017). On 4 May 2017, the convening authority withdrew the erroneous action in accordance with our original decision and issued a corrected action. A corrected court-martial order was also executed.

Having resolved that issue, the approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court